UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sig Sauer, Inc.; Check-Mate
Industries, Inc.; Check-Mate
International Products, Inc.;
Nordon, Inc.; and Thomas
Pierce d/b/a Pierce Designs,
    Plaintiffs

    v.                                          Case No. 14-cv-461-SM
                                                Opinion No. 2017 DNH 191
Freed Designs, Inc.,
    Defendant


**O R D E R**


Defendant's motion for reconsideration and reversal of the magistrate judge's order allowing plaintiffs to amend and interpose affirmative defenses (document no. 97) is denied.


The motion may suggest by its title that "reconsideration" of the order by the issuing magistrate judge is sought, but the overall context establishes otherwise. Defendant actually seeks modification or setting aside by the district judge (See Fed. R. Civ. P. 72(a)). The magistrate judge's order concerns procedural and nondispositive matters and involves the exercise of sound discretion. No part of the order has been shown to be either clearly erroneous or contrary to law or an abuse of

1

discretion warranting either modification or setting aside in any respect.

## Conclusion

The motion (document no. 97) is denied.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

September 14, 2017

cc:  Laura L. Carroll, Esq.
     Zachary R. Gates, Esq.
     Neal E. Friedman, Esq.
     Michael J. Bujold, Esq.